[Nos. 20318-5-I; 21692-9-I.   Division One.   January 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TEDDY LEE
PARKER, *Appellant.*

*In the Matter of the Personal Restraint of*
TEDDY LEE PARKER, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00235-9, George T. Mattson, J., entered
April 24, 1987, together with a petition for relief from per-
sonal restraint. Judgment *reversed* and petition *granted* by
unpublished opinion per Scholfield, J., concurred in by
Williams and Winsor, JJ.

[Nos. 18800-3-I; 21035-1-I.   Division One.   January 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
JAMES DAVIS, *Appellant.*

*In the Matter of the Personal Restraint of*
KENNETH JAMES DAVIS, *Petitioner.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85-1-00521-4, Paul D. Hansen, J.,
entered July 9, 1986, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dis-
missed* by unpublished opinion per Winsor, J., concurred in
by Williams and Scholfield, JJ.

[No. 20320-7-I.   Division One.   January 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ROY
PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86-1-02860-5, Mary Wicks Brucker, J.,
entered March 20, 1987. *Reversed* by unpublished opinion
per Winsor, J., concurred in by Webster and Pekelis, JJ.